IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARVIN VANCE,

        Plaintiff,     :     Case No. 3:11-cv-227

                          District Judge Walter Herbert Rice
-vs-                           Magistrate Judge Michael R. Merz
                         :

DEPARTMENT OF VETERANS
 AFFAIRS,

        Defendant.

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on August 1, 2011, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this case be, and it hereby is, dismissed without prejudice. The Clerk shall enter judgment to that effect.

August 5, 2011.                                    */s/ Walter Herbert Rice*
                                                             Walter Herbert Rice
                                                             United States District Judge